# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VICTOR RODRIGUEZ, IOAN BLAJ, SIXTO DE LOS SANTOS, LUIS F. DUARTE, EROL HAFIZBEGOVIC, ANGEL CRESPO, JOSE L. RODRIGUEZ, GREGLY WILSON, HECTOR MEDINO, ALFREDO RODRIGUEZ, JOSE ESPARRA, JR. , LARRY GROVES, FRITZ GEDEON, FAIDRICK JOUBERT, GLENWARD WILLIAMS, CARLOS ALMONTE, EMILIO HERNANDEZ, LUIS ORREGO, HANCE FELIX, WALTER HERNANDEZ ANDRADE, JEAN-SIMON LAGUERRE, JOSE LOPEZ, HECTOR FLORES, EDDIE DIAZ, JOSE HERNANDEZ ANDRADE, INGRID MEINHOLD, EFRAIN OVIEDO, MARTHA HERNANDEZ, ARTURO HERNANDEZ, MARIO MARTINEZ, YAIMELIT ZERPA, MARILYN ORTIZ, FABIO FRANCO, STANLEY FENELON, DOMINGO GOMEZ, ABIDALLY AZEEZ, MARQUITOS GARCIA and SIMON SUMERLIN,

    **Plaintiffs,**

v.                  **Case No: 6:17-cv-1113-Orl-40DCI**

MEARS DESTINATION SERVICES, INC., PAUL S. MEARS, III , JAMES B. MEARS and CHARLES E. CARNS, JR. ,

    **Defendants.**

## ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR PROTECTIVE ORDER TO LIMIT DEFENDANTS' COMMUNICATIONS WITH THE PUTATIVE CLASS (Doc. 184)** |
| **FILED:** | **January 11, 2018** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

On January 11, 2018, Plaintiffs filed a Motion for Protective Order to Limit Defendants' Communications with the Putative Class (Motion), requesting a protective order granting the following relief: 1) production of any declaration, affidavit, or other statement obtained from Defendants' counsels' interviews of potential class members;[1] 2) striking any declaration, affidavit, or other statement obtained from the interviews; and 3) barring Defendants, and their employees or agents, from further communications with any member of any putative class regarding this lawsuit, their decision to opt into this lawsuit, or their representation by Plaintiffs' counsel.  Doc. 184.

Based on the allegations in the Motion, the Court prohibited Defendants from conducting any further interviews in relation to this case pending the resolution of the Motion.  186.  The Court also set a hearing on the Motion.  *Id*.

---

[1] At the hearing on the Motion, Plaintiffs conceded that Defendants' counsel have not interviewed any Plaintiffs or Opt-in Plaintiffs, but, instead, have only interviewed potential class members who are not Plaintiffs or Opt-in Plaintiffs.

Defendants subsequently filed a response to the Motion, requesting that the Motion be denied and they be awarded their reasonable attorney fees and costs for responding to the Motion. Doc. 209.

On January 30, 2018, the Court held a hearing on the Motion, at which counsel for both parties were present. The Court heard argument from both parties. As stated on the record, it is **ORDERED** that:

1. The Motion (Doc. 184) is **DENIED**;[2]

2. The parties shall immediately confer in person or via telephone regarding the issue of attorney fees and costs under Federal Rule of Civil Procedure 37(a)(5)(B);

3. To the extent the parties cannot reach a full agreement concerning entitlement to and quantification of attorney fees and costs under Federal Rule of Civil Procedure 37(a)(5)(B), then, **on or before February 12, 2018**, Plaintiffs shall file a brief addressing Defendants' entitlement to attorney fees and costs in relation to the Motion; and

4. Defendants shall respond to Plaintiffs' response concerning attorney fees and costs **on or before February 19, 2018**.

**DONE** and **ORDERED** in Orlando, Florida on January 30, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

---

[2] The Court, as stated on the record, found the situation in this case, as supported by the minimal evidence before the Court, to be most analogous to the situations present in *Kerce v. West Telemarketing Corp.*, 575 F. Supp. 2d 1354 (S.D. Ga. 2008) and *Slavinski v. Columbia Ass'n, Inc.*, 2011 WL 1310256 (D.Md. Mar. 30, 2011), and, thus, found *Kerce* and *Slavinski* to be persuasive.

- 3 -

Copies furnished to:

Counsel of Record
Unrepresented Parties