**EXHIBIT "A"**

| Name | Days Purchased | Award Amount | Incentive Award |
|---|---|---|---|
| PETERS, CHRISTOPHER | 1730 | $9,653.40 | |
| HOQUE, SYED | 1694 | $9,452.52 | |
| AURELIEN, SONY | 1693 | $9,446.94 | |
| MATTHIAS, WAYNE | 1685 | $9,402.30 | |
| ZIRKER, OLZBER | 1679 | $9,368.82 | |
| SAHEBI, HOSAIN "SEYED" | 1673 | $9,335.34 | |
| ENCARNACION, DAVID | 1669 | $9,313.02 | |
| FILS, JOSEPH B | 1659 | $9,257.22 | |
| RODRIGUEZ, VICTOR | 1656 | $9,240.48 | $10,000.00 |
| GOMEZ, DOMINGO | 1652 | $9,218.16 | |
| JOSEPH, JONEL (JON) | 1638 | $9,140.04 | |
| THEAGENE, JEAN "JOCELET" | 1635 | $9,123.30 | |
| RICH, DANIEL | 1625 | $9,067.50 | |
| SINGH, HEMWATTIE | 1611 | $8,989.38 | |
| BRATHWAITE, MICHAEL | 1594 | $8,894.52 | |
| LINDOR, FRANCK | 1590 | $8,872.20 | |
| SYED, ZILLUL 'ALOM' | 1585 | $8,844.30 | |
| MERZIUS, FRANK | 1566 | $8,738.28 | |
| ROMAND, ISMANE | 1557 | $8,688.06 | |
| MCCLUNG, EVERETT Q. | 1549 | $8,643.42 | |
| SILLION, GHISLAINE | 1485 | $8,286.30 | |
| SEJOUR, MAKENS | 1471 | $8,208.18 | |
| PAULINO, LUIS A. | 1443 | $8,051.94 | |
| PHANOR, WOODY | 1426 | $7,957.08 | |
| MARUTLE, RAYMOND | 1424 | $7,945.92 | |
| STEWART, STEVEN | 1406 | $7,845.48 | |
| ZERPA, RODRIGO | 1405 | $7,839.90 | |
| MILHOMME, EVENA | 1347 | $7,516.26 | |
| DECKER, MARTIN "MARTY" | 1312 | $7,320.96 | |
| HOLLEY, SEAN | 1281 | $7,147.98 | $2,500.00 |
| VASQUEZ, EMMA | 1261 | $7,036.38 | |
| SAINT-JEAN, SELIDIEU | 1241 | $6,924.78 | |
| AHMED, MOE | 1226 | $6,841.08 | |
| CESAIRE, GERARD | 1220 | $6,807.60 | |
| BEAUSEJOUR, NORIUS "PAUL" | 1206 | $6,729.48 | |
| SACHOUTE, JOHNY | 1206 | $6,729.48 | |
| ARANGO, DIEGO | 1070 | $5,970.60 | |
| AUGUSTIN, HEROLE | 1062 | $5,925.96 | |
| DIAZ, EDWIN "EDDIE" | 1049 | $5,853.42 | |
| ISAAC, JACKSONN | 1046 | $5,836.68 | |
| RICHE, EVENDSON | 1038 | $5,792.04 | |
| MALHIOT, FRANK M. | 1022 | $5,702.76 | |
| DESINORD, DIMY "JIMMY" | 978 | $5,457.24 | |
| CIUS, MIQUERLANGE | 942 | $5,256.36 | |

| Name | Hours | Amount | Additional |
|---|---|---|---|
| EDMOND, JONEL | 934 | $5,211.72 | |
| CHATELIER, VILFRID | 931 | $5,194.98 | |
| MAUVAIS, GUY | 923 | $5,150.34 | |
| CAJUSTE, KIMENE | 911 | $5,083.38 | |
| MEDINA, HECTOR "RICARDO" | 911 | $5,083.38 | |
| FENELON, STANLEY | 892 | $4,977.36 | |
| MATHURIN, DUNELSON | 891 | $4,971.78 | |
| JOSEPH, GODANA | 888 | $4,955.04 | |
| GEDEON, FRITZ | 879 | $4,904.82 | |
| HERNANDEZ, MARTHA | 865 | $4,826.70 | |
| WILLIAMS, GLENWARD L. | 864 | $4,821.12 | $2,500.00 |
| OLIVIER, CHARLOTIN | 862 | $4,809.96 | |
| JOSEPH, GUERLANDE | 859 | $4,793.22 | |
| BUI, BIEN T. "BILLY" | 858 | $4,787.64 | |
| MASCARENO, DELIO J. | 850 | $4,743.00 | |
| JOSEPH, RONIAL | 848 | $4,731.84 | |
| AARON, PAUL W. | 839 | $4,681.62 | |
| SAINT-CYR, EXUMENE | 829 | $4,625.82 | |
| THEODORE, GEVENERS | 792 | $4,419.36 | |
| GRAY, TOMMY | 788 | $4,397.04 | |
| VU, AHA "JOE" | 752 | $4,196.16 | |
| ROMEUS, MELEGE | 744 | $4,151.52 | |
| AHMED, ZAHIN | 742 | $4,140.36 | |
| USMANOV, ELYOR | 724 | $4,039.92 | |
| VILLARD, FRANTZ | 710 | $3,961.80 | |
| ASGEDOM, MATEOS | 702 | $3,917.16 | |
| GHAFAR, KHALED | 697 | $3,889.26 | |
| DORELY, NESLY | 680 | $3,794.40 | |
| GARCIA, RENE | 672 | $3,749.76 | |
| ZAHI, MEHDI | 654 | $3,649.32 | |
| DUVERNA, ELIUS | 646 | $3,604.68 | |
| AZZINE, KHALID | 629 | $3,509.82 | |
| SILLION, LELIO | 627 | $3,498.66 | |
| SUBTIL, JEAN-WALDO 'WALDO' | 623 | $3,476.34 | |
| SAVULESCU, STEFAN | 613 | $3,420.54 | |
| MEDE, YVES | 612 | $3,414.96 | |
| GUILBAUD, LESLY | 604 | $3,370.32 | |
| NELSON, ERNST | 579 | $3,230.82 | |
| PIERRE, MARC T. | 578 | $3,225.24 | |
| HENRY, WALDY L. | 546 | $3,046.68 | |
| DUFFUS, PATRICK | 531 | $2,962.98 | |
| TELFER, WILLIAM | 530 | $2,957.40 | |
| LINDSAY, IRULE | 483 | $2,695.14 | |
| MENARD, JOACIN | 479 | $2,672.82 | |
| BOUIE, MEVONDA | 477 | $2,661.66 | |
| EXANTUS, JACKY | 475 | $2,650.50 | |
| JOUBERT, EVENER | 465 | $2,594.70 | |

| Name | | | |
|---|---|---|---|
| PUELLO, RAMON | 465 | $2,594.70 | $5,000.00 |
| KEARSE, CHARLES | 441 | $2,460.78 | |
| HOULIHAN, JAMES | 432 | $2,410.56 | |
| PRESUME, ALAIN | 423 | $2,360.34 | |
| GROVES, LARRY S. | 402 | $2,243.16 | $5,000.00 |
| AZEEZ, ABIDALLY "BO" | 382 | $2,131.56 | |
| ACOSTA, SAMUEL | 379 | $2,114.82 | |
| DUROSIER, JEROME | 378 | $2,109.24 | |
| DORLEUS, JEAN E. | 378 | $2,109.24 | |
| JEAN, JAMESON | 356 | $1,986.48 | |
| GOLDBERGER, BRAD | 356 | $1,986.48 | |
| HEDA, TAREK M. | 356 | $1,986.48 | |
| CHANCY, LEGENT | 346 | $1,930.68 | |
| EDOUARD, DICKENS | 338 | $1,886.04 | |
| RODRIGUEZ, RICKY 'RICK' | 336 | $1,874.88 | |
| GUTIERREZ, PEDRO ."FRANCIS" | 331 | $1,846.98 | |
| DRAYTON, GERALD | 324 | $1,807.92 | |
| PELISSIER, WENDY | 321 | $1,791.18 | |
| DIMANCHE, JOHN S. | 310 | $1,729.80 | |
| PIERRE, DANIEL | 309 | $1,724.22 | |
| BEIZ, YOUSSEF | 297 | $1,657.26 | |
| JEAN BAPTISTE, EFNER | 272 | $1,517.76 | |
| RODRIGUEZ, RYAN R. | 268 | $1,495.44 | |
| DE LOS SANTOS, SIXTO | 261 | $1,456.38 | |
| LAKHANI, IQBAL H. | 254 | $1,417.32 | |
| GAUTHIER, JOHN | 249 | $1,389.42 | |
| GASSANT, JULENA | 246 | $1,372.68 | |
| OMER, MOHAMED "MO" | 246 | $1,372.68 | |
| DELMA, FONTENELLE | 245 | $1,367.10 | |
| WHITE, SCOTT A. | 229 | $1,277.82 | |
| BAZUNU, ANTHONY | 223 | $1,244.34 | |
| EXIMOND, JUNO | 216 | $1,205.28 | |
| CASTRO, LEOMARY | 203 | $1,132.74 | |
| BEN SALEH, MOHAMED | 193 | $1,076.94 | |
| HERARD, VICTOR | 190 | $1,060.20 | |
| DO, TUOC C. "TIMMY" | 177 | $987.66 | |
| BROWN, JAMES | 175 | $976.50 | |
| MUGHAL, FAISAL S. | 161 | $898.38 | |
| GUTIERREZ, PEDRO | 152 | $848.16 | |
| LUPIANEZ, VICTOR "HUGO" | 149 | $831.42 | |
| RODRIGUEZ, ALFREDO | 143 | $797.94 | |
| LAGDIM, ZAKARIA | 139 | $775.62 | |
| ABOUKOURA, MEDHAT "DAVID" | 128 | $714.24 | |
| OSCAR, PHILIPPE | 118 | $658.44 | |
| GOMEZ, ALEXIS | 109 | $608.22 | |
| MANDELL, BEN M. | 107 | $597.06 | |
| SANTANA, ANTONIO | 107 | $597.06 | |

| Name | | |
|---|---|---|
| MENESES, RAFAEL | 100 | $558.00 |
| HERNANDEZ, ARTURO | 86 | $479.88 |
| GALVIS, SANDRA | 83 | $463.14 |
| URBA, SAULIUS | 81 | $451.98 |
| MCFALLING, MICHAEL | 65 | $362.70 |
| JHIRAD, EPHRAIM | 61 | $340.38 |
| CHAABAN, ADNAN F. "DAN" | 57 | $318.06 |
| BELLEVUE, MAKENTIA | 55 | $306.90 |
| MARIN, MONICA | 54 | $301.32 |
| SURUJBALLI, SHEIVAL | 52 | $290.16 |
| URDANETA, JUAN | 49 | $273.42 |
| PAGAN, CRYSTAL | 42 | $234.36 |
| HARDEMON, HAROLD | 40 | $223.20 |
| JACQUES, JACQUELIN | 39 | $217.62 |
| MARCELIN, CEBIEN | 38 | $212.04 |
| MONT, ROBERTO | 36 | $200.88 |
| MEINHOLD, INGRID "SYLVIA" | 35 | $195.30 |
| WALKER, MELVIN | 33 | $184.14 |
| DIAZ, RAFAEL | 30 | $167.40 |
| COLLARD, JEREMY | 26 | $145.08 |
| MEDINA, ELIMAR | 25 | $139.50 |
| MARCELIN, FRANCK | 25 | $139.50 |
| ULYSSE, GREYMAYER | 22 | $122.76 |
| SMITH, ANNETTE | 21 | $117.18 |
| GOLDEN, MARCUS | 21 | $117.18 |
| BAZEAU, GERLIN | 19 | $106.02 |
| LUCIEN, GHETRO | 18 | $100.44 |
| ZOGLIO, ALFONSE | 17 | $94.86 |
| POMPA, RICARDO | 15 | $83.70 |
| HEARN, RODNEY J. | 13 | $72.54 |
| DIAZ, ORLANDO | 10 | $55.80 |
| LEVINE, GABRIEL A. | 10 | $55.80 |
| ORTIZ, GERMAN S. | 10 | $55.80 |
| JACKSON, KEITH | 8 | $44.64 |
| ALI, MOHAMMAD | 7 | $39.06 |
| ORREGO, LUIS | 885 | $4,938.30 |
| CHERIZAR, REMY | 1403 | $7,828.74 |
| ELKOUT, MOHAMED F. | 242 | $1,350.36 |
| SALMON, VINCENT | 450 | $2,511.00 |
| SAINT FLEUR, ODILUS | 1728 | $9,642.24 |
| LUCAS, BRIAN | 10 | $55.80 |
| BLAISE, FRANDY | 1354 | $7,555.32 |
| WILLIAMS, ALBERT | 104 | $580.32 |
| CHERY, LOUIS S. | 1585 | $8,844.30 |
| GUSTAVE, ADRECE | 162 | $903.96 |
| CABA, MARISOL | 24 | $133.92 |
| DUGASON, PIERRE | 1729 | $9,647.82 |

| Name | | | |
|---|---|---|---|
| GIESBRANDT, RICHARD | 1762 | $9,831.96 | |
| ALAMMARI, MOHAMED | 145 | $809.10 | |
| PAUL, CLAUDEL | 1671 | $9,324.18 | |
| FLORESTAL, PYFECSONE P. | 802 | $4,475.16 | |
| MERCANDANTE, LOGAN | 26 | $145.08 | |
| IBRAHIM, HASSAN M. "ABE" | 83 | $463.14 | |
| RODRIGUEZ, GERADO | 62 | $345.96 | |
| FILS, JOSEPH "JC" | 1697 | $9,469.26 | |
| COPENING, SUSAN,J | 39 | $217.62 | |
| METELLUS, NICKSON | 44 | $245.52 | |
| ALAM, SHAMSUL | 38 | $212.04 | |
| DE MIRANDA, FRANCISCO | 1570 | $8,760.60 | |
| LAJARA, VIRJILIO | 1658 | $9,251.64 | |
| KHAN, MOSTAFIZUR R. | 1085 | $6,054.30 | |
| GREY, LOUIS | 1549 | $8,643.42 | $5,000.00 |
| DEBEBE, TEGEST | 1728 | $9,642.24 | |
| BENJAMIN, HENRY | 293 | $1,634.94 | |
| DOR, CERADIEU | 1723 | $9,614.34 | |
| CHOWDHURY, MOHAMMED 'RUMI' | 466 | $2,600.28 | |
| ABEGAZ, TAKELE "KEBE" | 1282 | $7,153.56 | |
| USMANI, TARIQ J | 297 | $1,657.26 | |
| BULLARD, SHAWN A | 88 | $491.04 | |
| PHILIPPE, EDMONDE | 318 | $1,774.44 | |
| AUGUSTE, SILVETTA | 723 | $4,034.34 | |
| RIISMAN, KAI | 468 | $2,611.44 | |
| SHEPHERD, JAMES | 860 | $4,798.80 | |
| WILSON, GREGELY | 1169 | $6,523.02 | |
| PAZ, CESAR | 17 | $94.86 | |
| LANDRY, GENE | 565 | $3,152.70 | |
| DEVOE, ROOSEVELT B. | 33 | $184.14 | |
| IMAM, HOSSAIN | 134 | $747.72 | |
| VOLAN, FRANK P. | 117 | $652.86 | |
| HOSSAIN, ALTAF "AL" | 1620 | $9,039.60 | |
| GRAHAM, HORATIO | 30 | $167.40 | |
| MOHAMED, ALI M | 142 | $792.36 | |
| JULSAINT, JACQUELIN "J.J." | 1333 | $7,438.14 | |
| FLOREAL, JEAN PAUL | 152 | $848.16 | |
| NAVARRO, JAIME | 1201 | $6,701.58 | |
| JAMES, MICHAEL | 487 | $2,717.46 | |
| PALACIO, LUZ | 24 | $133.92 | |
| SURIEL, ROBERTO A. | 10 | $55.80 | |
| LAMOUR, INGRID | 113 | $630.54 | |
| SUAREZ, ODALIS "DALLAS" | 1626 | $9,073.08 | |
| ECHEVARRIA, ANGEL | 1337 | $7,460.46 | |
| DRISCOLL, DANIEL | 497 | $2,773.26 | |
| PERVY, JEAN PHILIPPE | 43 | $239.94 | |
| AHMED, MOHAMMAD | 1212 | $6,762.96 | |

| Name | Hours | Amount | Extra |
|---|---|---|---|
| HERARD, BRIERE | 274 | $1,528.92 | |
| CRESPO, ANGEL L. | 1005 | $5,607.90 | $2,500.00 |
| MOLOK, MIHKEL | 48 | $267.84 | |
| HICKS, WAYNE E. | 60 | $334.80 | |
| ISNARD, AZAIRE | 208 | $1,160.64 | |
| PIERRE-LOUIS, LUDERSON | 235 | $1,311.30 | |
| NEVES, VITORIO | 1715 | $9,569.70 | |
| PARKER, ERNEST "GERALD" | 8 | $44.64 | |
| THOMAS, SHAWN A. | 1680 | $9,374.40 | |
| TORRES, OSCAR R. | 743 | $4,145.94 | |
| JORDEN, JUSTIN P. | 113 | $630.54 | |
| AYALEW, WUBETU C. | 1123 | $6,266.34 | |
| VILSAINT, SHERMAN | 86 | $479.88 | |
| PIERRE, ENOCK | 13 | $72.54 | |
| HODGE, GLORIA | 1655 | $9,234.90 | |
| JEAN, ANDRONICK | 397 | $2,215.26 | |
| BECKER, DOUG E. | 828 | $4,620.24 | |
| HODGE, YUCTAN "ANTONIO" | 1388 | $7,745.04 | |
| KHABTHANI, CHOKRI | 922 | $5,144.76 | |
| PETIT HOMME, ESDRAS | 576 | $3,214.08 | |
| ALEXANDER, MICHAEL | 538 | $3,002.04 | |
| JOSEPH, JOUBERT | 854 | $4,765.32 | |
| ANAM, SYED | 1609 | $8,978.22 | |
| JOHNSON, WINSTON | 530 | $2,957.40 | |
| MARTINEZ, MARIO A. | 473 | $2,639.34 | |
| DORILAS, GENER | 1026 | $5,725.08 | |
| ALBEKORD, EBRAHIM | 235 | $1,311.30 | |
| JODE, THONY | 789 | $4,402.62 | |
| CORDERO, JOANNY | 260 | $1,450.80 | |
| DGHIRNI, ABDELHAMID "HAMEED" | 418 | $2,332.44 | |
| ESCARNE, FERDIEU | 540 | $3,013.20 | |
| APONTE, ELI E. | 23 | $128.34 | |
| HERNANDEZ, PEDRO | 125 | $697.50 | |
| SMITH, JEREMY | 190 | $1,060.20 | |
| ALEXIS, ELANES | 482 | $2,689.56 | |
| DAREUS, MARC | 115 | $641.70 | |
| LAGUERRE, JEAN (SIMON) | 310 | $1,729.80 | |
| YULCHIYEV, ELYORBEK "EL" | 118 | $658.44 | |
| MARTINEZ, NILDY | 76 | $424.08 | |
| DUARTE, LUIS | 846 | $4,720.68 | |
| LIMA, GANDOLFO I. "ROY" | 88 | $491.04 | |
| HERNANDEZ, EMILIO | 850 | $4,743.00 | |
| BLAJ, IOAN "YANNI" | 378 | $2,109.24 | |
| HIGUERA, MARCIO | 1688 | $9,419.04 | |
| MICHEL, SHERLY | 390 | $2,176.20 | |
| MATHURIN, FRANCO | 292 | $1,629.36 | |
| SAINFROY, JEAN | 1541 | $8,598.78 | |

| Name | Number | Amount | Additional |
|---|---|---|---|
| JEANTINOR, LOUINE | 596 | $3,325.68 | |
| SIMPSON, WILLIAM | 1762 | $9,831.96 | |
| SAINT FLEUR, BERTHONY | 116 | $647.28 | |
| MERELUS, ESAIE | 369 | $2,059.02 | |
| ANTOINE, BEN | 750 | $4,185.00 | |
| MACHADO, DAVID | 137 | $764.46 | |
| PERETTO, DAVIDE | 916 | $5,111.28 | |
| CHERY, EMMANUEL | 604 | $3,370.32 | |
| BESSELLIEU, JAMES BRYANT | 105 | $585.90 | |
| ONEILL, THOMAS M. | 203 | $1,132.74 | |
| QUINTERO, ERIK | 21 | $117.18 | |
| HANNA, DOUG S. | 681 | $3,799.98 | |
| LUBIN, HERODE | 109 | $608.22 | |
| BADE, BRANDON V. | 26 | $145.08 | |
| MORRIS, IRA J. | 1727 | $9,636.66 | |
| KILGORE, KENNETH | 36 | $200.88 | |
| PIERRE, YDENER | 14 | $78.12 | |
| HEAD, TERRY L. | 349 | $1,947.42 | |
| NEAGU, CIPRIAN | 22 | $122.76 | |
| YOUNG, THERESSA | 1654 | $9,229.32 | |
| TALENT, OLMY | 1431 | $7,984.98 | |
| ZERPA, YAIMELIT | 730 | $4,073.40 | |
| GHOSH, AVIJIT K. | 66 | $368.28 | |
| ST. JEAN, JEAN "EDSON" | 176 | $982.08 | |
| AUGUSTIN, DARREN LOUIS | 1160 | $6,472.80 | |
| PAUL, FRANCK | 1114 | $6,216.12 | $5,000.00 |
| EMILE, JUSTER | 855 | $4,770.90 | |
| EMILE, ELIZABETH | 43 | $239.94 | |
| GREEN, ALLAN A. | 140 | $781.20 | |
| JOHNSON, TRACY | 18 | $100.44 | |
| LOPEZ, JOSE A. | 1211 | $6,757.38 | |
| ISAAC, YVES | 1629 | $9,089.82 | |
| SAINT FLEUR, JEAN RICOT | 135 | $753.30 | |
| BEAUVIL, SAMUEL | 833 | $4,648.14 | |
| HAFIZBEGOVIC, EROL | 941 | $5,250.78 | |
| CINEAS, PATRICK | 881 | $4,915.98 | |
| BENITEZ, EVA | 499 | $2,784.42 | |
| SEMPRUN, CARLOS | 300 | $1,674.00 | |
| WILLIAMS, CHRISTOPHER 'JIM' | 25 | $139.50 | |
| AUSTIN, GERTHA | 1027 | $5,730.66 | $5,000.00 |
| FAHMY, RAMI | 538 | $3,002.04 | |
| PAUL, JOSE | 1674 | $9,340.92 | |
| HEIGHWAY, MARTIN | 125 | $697.50 | |
| CLARKE, TOM | 93 | $518.94 | |
| ALI, SHEIKH M. | 642 | $3,582.36 | |
| DUGAZON, MARC | 24 | $133.92 | |
| BEAULIEU, JEAN A. | 386 | $2,153.88 | |

| Name | Qty | Amount |
|---|---|---|
| PLONQUET, NADIA | 60 | $334.80 |
| SULLIVAN, EDWARD "NED" | 652 | $3,638.16 |
| OVIEDO, CLAUDIA | 14 | $78.12 |
| JACQUES, BRANDON | 12 | $66.96 |
| DARIDO, NAGIB "GEORGE" | 112 | $624.96 |
| KEEFER, RICK | 1742 | $9,720.36 |
| FRAVIEN, JOSEPH | 192 | $1,071.36 |
| SOUTO, JOSE | 598 | $3,336.84 |
| NGUYEN, JEFF | 526 | $2,935.08 |
| VELAZQUEZ, JOSE,L | 214 | $1,194.12 |
| HERNANDEZ, LUZ | 10 | $55.80 |
| DVINNATION, DVOWAAH | 244 | $1,361.52 |
| LUST, PAUL | 7 | $39.06 |
| EVANGELISTA, EDENIR "ED" | 1268 | $7,075.44 |
| FOSTER, BRIAN | 74 | $412.92 |
| MELESSE, DESSIE B. | 739 | $4,123.62 |
| THUVI, AMBROSE | 655 | $3,654.90 |
| RODRIGUEZ, RICARDO | 1103 | $6,154.74 |
| FIGARO, JEAN C. | 447 | $2,494.26 |
| DORCEUS, ADDELINE | 1083 | $6,043.14 |
| ROBINSON, DAPHNE | 349 | $1,947.42 |
| DENNIS, JOAN STEPHENS | 1689 | $9,424.62 |
| PAURICE, PIERRE | 781 | $4,357.98 |
| ABBOTT, ROGER | 9 | $50.22 |
| PERRY, JAMES | 246 | $1,372.68 |
| PIERRE, CHENET | 110 | $613.80 |
| PADILLA, ROXANA I. | 664 | $3,705.12 |
| MICHAUD, ANIEL | 136 | $758.88 |
| MCCAFFREY, BRANDEN A. | 45 | $251.10 |
| ELIDRISSI-AFIF, MOULAYELHAFID | 29 | $161.82 |
| RUIZ, JOSE S. | 383 | $2,137.14 |
| STEIN, ROBERT "BOB" | 1028 | $5,736.24 |
| HENRISME, DARLINE | 10 | $55.80 |
| SAINT ROSE, RONALD | 427 | $2,382.66 |
| GARCIA, MARQUITOS "MARK" | 100 | $558.00 |
| CORTEZ, RENATO | 543 | $3,029.94 |
| PINZON, FERNANDO | 1633 | $9,112.14 |
| VAZQUEZ, DENISE | 793 | $4,424.94 |
| ORTIZ, MARILYN | 1367 | $7,627.86 |
| AIME, JEAN P. | 1498 | $8,358.84 |
| PIERRE, MAUCLER | 64 | $357.12 |
| ETIENNE, JOSNER | 235 | $1,311.30 |
| TRUJANO, FERNANDO | 1638 | $9,140.04 |
| SAMMAN, AIMAN "RAY" | 385 | $2,148.30 |
| MELVIN JR, GLOVER L. | 320 | $1,785.60 |
| EL YAZIDI, KAMAL | 399 | $2,226.42 |
| MULLINGS, DERRICK | 839 | $4,681.62 |

| Name | Hours | Amount | |
|---|---|---|---|
| THOMAS, KENNETH | 984 | $5,490.72 | |
| MARCELIN, PHITO | 52 | $290.16 | |
| ALEXANDRE, SAINT-LUC "ALEX" | 1248 | $6,963.84 | |
| BLANCO, JOSE | 114 | $636.12 | |
| BOESER, JEFF S. | 26 | $145.08 | |
| AUGUSTE, JACSON | 1315 | $7,337.70 | |
| LODHI, SHOIEB "SHOBY" | 1668 | $9,307.44 | |
| CHARLES, RENAULD C. | 228 | $1,272.24 | |
| EASON, LEON E. | 1741 | $9,714.78 | |
| NZE, ROGATIEN "ROGAN" | 519 | $2,896.02 | |
| CHARLES, GREGORY | 612 | $3,414.96 | |
| PAUL, ROSELENE BARRET | 767 | $4,279.86 | |
| SANDHU, HARPREET "HARRY" | 69 | $385.02 | |
| GAMALY, WAEL | 333 | $1,858.14 | |
| THEBAUD, JEFFERSON | 35 | $195.30 | |
| SUMMERLIN, SIMON T. | 181 | $1,009.98 | |
| JOUBERT, FAIDRICK | 1174 | $6,550.92 | |
| REYES, ANTHONY | 267 | $1,489.86 | |
| SICLAIT, HANS | 1065 | $5,942.70 | |
| HERNANDEZ, CESAR | 116 | $647.28 | |
| QURESHI, SOHAIL | 92 | $513.36 | |
| DUGAZON, LUC | 976 | $5,446.08 | |
| CUEVAS, RALPH A. | 789 | $4,402.62 | |
| GERALD, VIRGIL | 140 | $781.20 | |
| DORCELUS, JEAN | 1360 | $7,588.80 | |
| REYES, ERICK | 1271 | $7,092.18 | |
| NARCISSE, RUDOLPH | 1078 | $6,015.24 | |
| ALI, MOHAMMED SHAMSHED | 239 | $1,333.62 | |
| SPAULDING, BURT | 1093 | $6,098.94 | |
| GUERREIRO, GILDA "ANABEL | 309 | $1,724.22 | |
| GUERREIRO, CARLOS | 535 | $2,985.30 | |
| DEBREUS, YONEL | 38 | $212.04 | |
| OVIEDO, EFRAIN A. | 914 | $5,100.12 | |
| JEROME, WILFRID | 414 | $2,310.12 | |
| JEAN, ERIC | 892 | $4,977.36 | |
| MICHAUD, MARC L. | 256 | $1,428.48 | |
| COLON-RIVERA, BRYAN | 82 | $457.56 | |
| HUSSAIN, SHAKAWAT "AKM" | 254 | $1,417.32 | |
| ALBARRACIN, WILLIAM J. | 84 | $468.72 | |
| MERCHANT, FAIYAZAHMED "FRANK" | 747 | $4,168.26 | |
| CUTHBERT, JASON | 221 | $1,233.18 | |
| WHITTAKER, MICHAEL | 70 | $390.60 | |
| TINDALL, DANA A. | 54 | $301.32 | |
| SHAMAS, KHALID MUBARAK | 292 | $1,629.36 | |
| VEGA, JERONIMO C. "JERRY" | 15 | $83.70 | |
| NAWARA, WALTER A. | 106 | $591.48 | |
| JOSEPH, JONAS | 281 | $1,567.98 | |

| Name | Count | Amount | |
|---|---|---|---|
| CANNON, ERIC D. | 52 | $290.16 | |
| PARKER, PALMER F. | 136 | $758.88 | |
| MARDIGRAS, JEAN G. | 176 | $982.08 | |
| ANTENOR, ALEX | 877 | $4,893.66 | |
| FRANTZ, JEAN | 309 | $1,724.22 | |
| JEAN-BAPTISTE, MOLIERE | 380 | $2,120.40 | |
| DORELY, MATHIEU | 1306 | $7,287.48 | |
| FREDERIC, THANIKA | 25 | $139.50 | |
| LUMAINE, WILLIAMS 'WILL' | 1086 | $6,059.88 | |
| DAVIS, SILVIN | 318 | $1,774.44 | |
| ESPARRA, JOSE "JOE" | 604 | $3,370.32 | |
| JANJUA, MOHAMMED "NAVAID" | 1594 | $8,894.52 | |
| FAUSTIN, ROBINSON | 129 | $719.82 | |
| LENEUS, GIORDANO | 559 | $3,119.22 | |
| CASTRO, MINEL | 1323 | $7,382.34 | |
| THEODILE, MACKENSON | 367 | $2,047.86 | |
| TITUS, LUCKNER | 169 | $943.02 | |
| KASIMOV, SHUKHRAT "SASHA" | 439 | $2,449.62 | |
| MAZARD, EDWIN | 76 | $424.08 | |
| FELIX, HANCE B. | 1237 | $6,902.46 | |
| BYRD, DOUG C. | 1197 | $6,679.26 | |
| MILORD, WILMAN | 248 | $1,383.84 | |
| ROSA, IVAN | 262 | $1,461.96 | |
| CORTES, HECTOR | 9 | $50.22 | |
| TSOUROUNIS, THEODORE "TEDDY" | 1733 | $9,670.14 | |
| BRONSON, PAUL K. | 1702 | $9,497.16 | |
| ROGENUS, JOSEPH | 1029 | $5,741.82 | |
| KHAN, KEVIN | 1086 | $6,059.88 | |
| DUSSON, RICARDO | 1112 | $6,204.96 | |
| BODDEN, EDDIE "LINDSAY" | 388 | $2,165.04 | |
| PUSATERI, JIM | 15 | $83.70 | |
| ALEKSANDRO, VALENTIN "VALL" | 92 | $513.36 | |
| FLORES, HECTOR | 747 | $4,168.26 | |
| INNOCENT, FRESNEL | 204 | $1,138.32 | |
| GREPONNE, JOSE "JOE" | 442 | $2,466.36 | |
| MALIVERT, MICHELAIR | 69 | $385.02 | |
| VELLANKI, SIVASHANKAR "SHANKAR" | 1718 | $9,586.44 | |
| KORNBLUM, DAVID | 77 | $429.66 | |
| JEROME, GREGORY | 792 | $4,419.36 | |
| BHULAI, BRYAN | 54 | $301.32 | |
| LINDUNDA, LISULO | 355 | $1,980.90 | |
| TALSANI, MANSOOR H. | 613 | $3,420.54 | |
| TALSANI, YASMIN M. | 800 | $4,464.00 | |
| PITTERSON, CHRISTOPHER | 1687 | $9,413.46 | |
| VERTY, WIGINS | 52 | $290.16 | |
| RAHIMI, ABDUL | 1657 | $9,246.06 | |
| BRUNO, THOMAS R. | 1671 | $9,324.18 | |

| Name | Number | Amount |
|---|---|---|
| SULLIVAN, WILLIAM R. | 152 | $848.16 |
| EL DALI, ASHRAF H. | 494 | $2,756.52 |
| MATHURIN, MARC D. | 279 | $1,556.82 |
| JBARA, MOHAMED | 1523 | $8,498.34 |
| BEAUBRUN, BENITA | 227 | $1,266.66 |
| KHONDKER, SHIPU | 1682 | $9,385.56 |
| MIRZA, QUTUBUDDIN | 1660 | $9,262.80 |
| PIERRE, LUDNIE | 384 | $2,142.72 |
| FRANCOIS, EVANIEL "KOBY" | 41 | $228.78 |
| CORZO, JOSE L | 17 | $94.86 |
| BOUITA, MOUHSSINE | 475 | $2,650.50 |
| JODE, JACKY | 1377 | $7,683.66 |
| SOWINSKI, MICHAEL J. | 272 | $1,517.76 |
| PERALTA, JUAN | 257 | $1,434.06 |
| BARROSO, LUIZ "LUCAS" | 1685 | $9,402.30 |
| POZAN, CHRISROY | 427 | $2,382.66 |
| LIMORIN, ONALD | 71 | $396.18 |
| LUTH, ROBERT "BOB" | 579 | $3,230.82 |
| ESTRELLA, SERGIO W. | 96 | $535.68 |
| HERRERA, MARIA A. | 843 | $4,703.94 |
| PIERRE, JEAN | 842 | $4,698.36 |
| BLANC, JEAN D. | 23 | $128.34 |
| ELIE, DANIE | 25 | $139.50 |
| ROACH, PATRICIA | 243 | $1,355.94 |
| BEALS, ROBERT D. | 1437 | $8,018.46 |
| JANJUA, MOHAMMED "JAVAID" | 1699 | $9,480.42 |
| VARGAS, WILSON A. | 211 | $1,177.38 |
| ALMONTE, CARLOS | 163 | $909.54 |
| JEAN-LOUIS, SAMUEL | 20 | $111.60 |
| JEAN-BAPTISTE, MARIE | 51 | $284.58 |
| JEAN-BAPTISTE, SMITH | 444 | $2,477.52 |
| MEJIA-ALZATE, HERMAN G. | 1666 | $9,296.28 |
| SCARBOROUGH, STEPHEN | 236 | $1,316.88 |
| CABRERA, ASTRID M. | 354 | $1,975.32 |
| LEGERE, MYRON "TONY" | 27 | $150.66 |
| LOUISSAINT, HUGUES | 105 | $585.90 |
| BENOIT, JEAN | 532 | $2,968.56 |
| LOPEZ, ALEXANDER J | 49 | $273.42 |
| FRITZ, PETION | 299 | $1,668.42 |
| ALVAREZ, AVELINO "AVEY" | 1670 | $9,318.60 |
| WARD, JAMES | 102 | $569.16 |
| MILNER, BRIX | 27 | $150.66 |
| PIERRE PAUL, ELISEE | 47 | $262.26 |
| MEKHAIL, RAFIK "RALPH" | 30 | $167.40 |
| DELATOUR, ANTO-GARDY M. | 521 | $2,907.18 |
| JOHNSTON, DONALD H. | 102 | $569.16 |
| HERRERA, URIEL | 14 | $78.12 |

| Name | Count | Amount | Extra |
|---|---|---|---|
| ALAOUI MHAMDI, YOUNESS | 27 | $150.66 | |
| MACHADO, AMAURY | 96 | $535.68 | |
| BERBEL, JORGE | 16 | $89.28 | |
| MUNIZ-CRUZ, EDUARDO | 58 | $323.64 | |
| RODRIGUEZ, PATRICK M. | 46 | $256.68 | |
| HAJJOUCHI, ABDESSAMAD "SAMAD" | 963 | $5,373.54 | |
| BOKUREZION, TESFALEM GH. | 1059 | $5,909.22 | |
| RODRIGUEZ, JOSE "LEO" | 816 | $4,553.28 | $2,500.00 |
| GAUTIER, JOSEPH 'GIO' | 393 | $2,192.94 | |
| MORRISSEY, ANN | 319 | $1,780.02 | |
| TRIKI, ABDELMONAM "MONAM" | 137 | $764.46 | |
| BISHOP, LAURIE | 26 | $145.08 | |
| WYNN, JAMES | 917 | $5,116.86 | |
| ORMAZA, JOSE | 528 | $2,946.24 | |
| PIERRE, WATSON | 758 | $4,229.64 | |
| BOYD, KEVIN D. | 106 | $591.48 | |
| TAYLOR, DWAYNE | 273 | $1,523.34 | |
| SOUZA, DIVINA A. "DIVA" | 83 | $463.14 | |
| DAIEKA, MAJDI | 286 | $1,595.88 | |
| YOUSAF, ALEEM | 114 | $636.12 | |
| BHOLA, MANEESH "MANNY" | 1456 | $8,124.48 | |
| POLYNICE, WILKEN | 74 | $412.92 | |
| KANSOU, YEHIA "JOHN" | 111 | $619.38 | |
| FONTANEZ, RAUL L. | 53 | $295.74 | |
| MARIUS, JEAN M | 338 | $1,886.04 | |
| KAZAKOV, STEFAN | 9 | $50.22 | |
| VERGARA, RICHARD | 19 | $106.02 | |
| IQBAL, NADEEM | 1678 | $9,363.24 | |
| TIRADO, MARIVER | 258 | $1,439.64 | |
| MAGEE, RICHARD "RICH" | 114 | $636.12 | |
| LOPEZ, RANDY | 317 | $1,768.86 | |
| MCCANTS, WILLIAM J. | 288 | $1,607.04 | |
| DIAZ, NICOLAS J. | 204 | $1,138.32 | |
| RESZLER, CSABA | 1381 | $7,705.98 | |
| ELLID, AYMAN M. | 910 | $5,077.80 | |
| DORVIL, NAZAIRE | 1072 | $5,981.76 | |
| VALENCIA, HECTOR R | 587 | $3,275.46 | |
| CARNEIRO, GEORGE | 362 | $2,019.96 | |
| LANCARA DIAZ, ROMAN | 1372 | $7,655.76 | |
| ZAKI, HICHAM "ZAKI" | 229 | $1,277.82 | |
| CHIGURUPATI, SUPRIYA | 75 | $418.50 | |
| RAHMAN, MOHAMMED | 1568 | $8,749.44 | |
| MICKLER, ARNOLD "PATRICK" | 409 | $2,282.22 | |
| MAGERBI, BAHAEDDIN | 20 | $111.60 | |
| ELLID, HESHAM M. | 1102 | $6,149.16 | |
| VALANTIN-BRINACHE, TANIA | 229 | $1,277.82 | |
| ALMAHDI, IHAB | 280 | $1,562.40 | |

| Name | | | |
|---|---|---|---|
| RUEDA, GABRIEL | 297 | $1,657.26 | |
| HERNANDEZ, WALTER G. | 720 | $4,017.60 | $5,000.00 |
| CORNEILLE, RONY | 785 | $4,380.30 | |
| DAVIE, RAYMOND E. | 1681 | $9,379.98 | |
| JEAN-PHILIPPE, RIKEM | 35 | $195.30 | |
| RODRIGUEZ, MARINO | 23 | $128.34 | |
| MAHADI, OMAR | 1162 | $6,483.96 | |
| GALINDEZ, ALEXIS **ALEX** | 71 | $396.18 | |
| LOPEZ, VICTOR | 31 | $172.98 | |
| PONCE, LUIS A. | 29 | $161.82 | |
| BEAUBRUN, EMMANUEL | 809 | $4,514.22 | |
| SMITH, STANLEY S. | 129 | $719.82 | |
| ABDELQADER, YOUSEF H. | 15 | $83.70 | |
| RIVAS, MITCHELL E. | 232 | $1,294.56 | |
| JEROME, GARDY | 1563 | $8,721.54 | |
| FRANCO, FABIO A. | 438 | $2,444.04 | |
| LEITH-BARBEE, REINE | 148 | $825.84 | |
| THEUS, BRUNEL | 414 | $2,310.12 | |
| DERILUS, GESNER | 23 | $128.34 | |
| COLLARD, MATTHEW | 150 | $837.00 | |
| FADEL, HATEM "TIM" | 258 | $1,439.64 | |
| ELAWAMY, IBRAHIM A. | 295 | $1,646.10 | |
| HART, ABDUL | 599 | $3,342.42 | |
| ZAYAS, RODNEY R. | 46 | $256.68 | |
| WADUD, AFTAB | 1586 | $8,849.88 | |
| WATSON, ROBERT | 168 | $937.44 | |
| AMADOR, JORGE L. | 459 | $2,561.22 | |
| RAMOS, EMILIO N. | 99 | $552.42 | |
| ROMAN, ZULEIKA | 279 | $1,556.82 | |
| WILLIAMS, STAFFORD | 109 | $608.22 | |
| ONDIS, PAUL D. | 1660 | $9,262.80 | |
| HURTADO, JUAN | 894 | $4,988.52 | |
| SHAIKH, HASEEB | 8 | $44.64 | |
| DE LA PAZ, STEPHANIE M. | 21 | $117.18 | |
| BULJAN, JOE | 30 | $167.40 | |
| CHOWDHURY, TEREQUE | 79 | $440.82 | |
| STEDRONSKY, GEORGE | 143 | $797.94 | |
| GROS NEGRE, ESNET | 86 | $479.88 | |
| ELGERWI, MOHANAD | 77 | $429.66 | |
| JOSEPH, ENOCK | 113 | $630.54 | |
| CABAN, ANTHONY | 124 | $691.92 | |
| AYALA, DANNY S. | 73 | $407.34 | |
| CRAWFORD, GREGORY W. | 89 | $496.62 | |
| APONE, DANIEL | 12 | $66.96 | |
| HERNANDEZ ANDRADE, JOSE | 334 | $1,863.72 | |
| ORTIZ, EDGAR | 433 | $2,416.14 | |
| REALPE, JONNY 'FERNANDO' | 481 | $2,683.98 | |

| Name | Count | Amount |
|---|---|---|
| EASTWOOD, ROBERT | 68 | $379.44 |
| GRIMANDO, LAWRENCE | 47 | $262.26 |
| DE LOS REYES, GONZALO | 586 | $3,269.88 |
| SIDDIQUI, ALI M. | 1640 | $9,151.20 |
| MCHAFFIE, ELWOOD CAL JR. | 1025 | $5,719.50 |
| MORA, JOSE L. | 96 | $535.68 |
| PEREZ, ELVYN R. | 428 | $2,388.24 |
| BERNARD, CASHMAN "BERNARD" | 82 | $457.56 |
| RAMEAU, LIONEL | 973 | $5,429.34 |
| ANDRE, REMY | 1207 | $6,735.06 |
| HARTLEY, ALEX L. | 398 | $2,220.84 |
| PORCENAT, PIERREVILUS | 26 | $145.08 |
| CASTRO, RAYSA | 31 | $172.98 |
| CASTRO, YANERI | 62 | $345.96 |
| GOUIN, PIERRE | 21 | $117.18 |
| BRETON, EMANUEL A. | 56 | $312.48 |
| ORTEN, MARTY | 56 | $312.48 |
| ALMEIDA, RONALDO | 803 | $4,480.74 |
| OHIDAH, MUHANED | 72 | $401.76 |
| ENNASRI, NADIA | 380 | $2,120.40 |
| GORDON, RUSS | 37 | $206.46 |
| UGOKWE, JESSE | 13 | $72.54 |
| HUGGINS, PATRICK S. | 161 | $898.38 |
| STREAM, JUSTIN M. | 84 | $468.72 |
| BURNS II, ROBERT L. | 672 | $3,749.76 |
| BUCHANAN, ROBERT J. | 49 | $273.42 |
| CLARKE, PAUL | 400 | $2,232.00 |
| MATHEWS, THOMAS | 119 | $664.02 |
| NGUYEN, NGUYEN "MICHAEL" | 75 | $418.50 |
| CUDZILO, JOHN | 17 | $94.86 |
| KING, VALERIE "ZOEY" | 55 | $306.90 |
| REYNOSO, ANALISI "LELE" | 139 | $775.62 |
| ENCARNACION, ONNES "ROBERT" | 145 | $809.10 |
| PETITFRERE, ELSIE | 53 | $295.74 |
| RENE, KATHY | 28 | $156.24 |
| LEGERME, NADIA | 18 | $100.44 |
| SAMUELS, ONEIL | 23 | $128.34 |
| CHRYSOSTOME, BLAISE | 21 | $117.18 |
| VARLEY, MARK P. | 62 | $345.96 |
| MATA, ROBERT | 87 | $485.46 |
| JEROME, SHILER | 107 | $597.06 |
| ARRINDELL, DAFNIE "CLAUDIA" | 8 | $44.64 |
| DOUGLAS, NERRIL A. | 15 | $83.70 |